UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

EVAN PETROS, Individually,         :
                                   :
        Plaintiff,                 :
                                   :
v.                                 :   Case No. 1:13-cv-1143
                                   :
GENERAL GROWTH PROPERTIES, Inc.    :
A Foreign Company                  :
                                   :
        Defendant.                 :
_____/   :


/s/ Pete M. Monismith                /s/ Timothy J. Ryan
PETE M. MONISMITH                    Timothy J. Ryan
PETE M. MONISMITH, PC                Jackson Lewis PC
3945 Forbes Avenue,                  61 Commerce Ave. SW
Suite #175                           Grand Rapids, MI 49503
Pittsburgh, Pennsylvania  15213      ph. (616) 940-0230
Telephone:  (724) 610-1881           Timothy.Ryan@jacksonlewis.com
Facsimile (412) 258-1309
Pete@monismithlaw.com                Joseph J. Lynett
*Attorneys for Plaintiff*            Jackson Lewis P.C.
                                     One North Broadway
                                     White Plains, NY 10601
                                     ph. (914) 328-0404
                                     Lynettj@jacksonlewis.com

                                     *Attorney for Defendant*

---

## **STIPULATED ORDER OF DISMISSAL**

At a session of said Court, held in the U.S. District Court for the Western District of Michigan,

On: _____

_____
PRESENT: Judge Joseph G. Scoville
United States District Court Magistrate

The parties having stipulated to the entry of an Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

Honorable Joseph G. Scoville
United States District Court Magistrate

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order to Dismiss the Complaint.

/s/ Pete M. Monismith
PETE M. MONISMITH
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

Dated: May 30, 2014

/s/ Timothy J. Ryan
Timothy J. Ryan
Jackson Lewis PC
61 Commerce Ave. SW
Grand Rapids, MI 49503
ph. (616) 940-0230
Timothy.Ryan@jacksonlewis.com

Joseph J. Lynett
Jackson Lewis P.C.
One North Broadway
White Plains, NY 10601
ph. (914) 328-0404
Lynettj@jacksonlewis.com

*Attorneys for Defendant*

Dated: May 30, 2014