UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| EVAN PETROS, Individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 1:13-cv-1143 |
| | : |
| GENERAL GROWTH PROPERTIES, Inc. | : |
| A Foreign Company | : |
| | : |
| Defendant. | : |
| _____/ | : |

/s/ Pete M. Monismith
PETE M. MONISMITH
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

/s/ Timothy J. Ryan
Timothy J. Ryan
Jackson Lewis PC
61 Commerce Ave. SW
Grand Rapids, MI 49503
ph. (616) 940-0230
Timothy.Ryan@jacksonlewis.com

Joseph J. Lynett
Jackson Lewis P.C.
One North Broadway
White Plains, NY 10601
ph. (914) 328-0404
Lynettj@jacksonlewis.com

*Attorney for Defendant*

## STIPULATED ORDER OF DISMISSAL

At a session of said Court, held in the U.S. District Court for the Western District of Michigan,

On: _____May 30, 2014_____

The parties having stipulated to the entry of an Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

                                                               `/s/  Paul L. Maloney`
                                                    `Chief United States District Judge`

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order to Dismiss the Complaint.

| | |
|---|---|
| /s/ Pete M. Monismith<br>PETE M. MONISMITH<br>PETE M. MONISMITH, PC<br>3945 Forbes Avenue,<br>Suite #175<br>Pittsburgh, Pennsylvania  15213<br>Telephone:  (724) 610-1881<br>Facsimile (412) 258-1309<br>Pete@monismithlaw.com<br>*Attorneys for Plaintiff*<br><br>Dated: May 30, 2014 | /s/ Timothy J. Ryan<br>Timothy J. Ryan<br>Jackson Lewis PC<br>61 Commerce Ave. SW<br>Grand Rapids, MI 49503<br>ph. (616) 940-0230<br>Timothy.Ryan@jacksonlewis.com<br><br>Joseph J. Lynett<br>Jackson Lewis P.C.<br>One North Broadway<br>White Plains, NY 10601<br>ph. (914) 328-0404<br>Lynettj@jacksonlewis.com<br><br>*Attorneys for Defendant*<br><br>Dated: May 30, 2014 |